UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-6829

THERON JOHNNY MAXTON,

                              Plaintiff - Appellant,

        versus

NURSE BRETZ, of Kirkland Correctional Institu-
tion; NURSE STANLEY,

                              Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Charles E. Simons, Jr., Senior Dis-
trict Judge.  (CA-96-382-3-6BC)

Submitted:  July 25, 1996          Decided:  August 12, 1996

Before LUTTIG and MOTZ, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Theron Johnny Maxton, Appellant Pro Se.  James E. Parham, Jr.,
Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion for a preliminary injunction in this 42 U.S.C. § 1983 (1988) action. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Maxton v. Bretz</u>, No. CA-96-382-3-6BC (D.S.C. Apr. 16, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>